UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DOLLIE SUGGARS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON.COM. DEDC, LLC, and SMX, LLC, <br><br> Defendants. | 3:13-cv-00906 <br><br> Judge Trauger <br><br> Magistrate Judge Bryant |

## PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68 and Local Rule 68.01(d)(4), Plaintiffs hereby move this Court to enter an order directing the Clerk of the Court to enter final judgment in this case.

On October 9, 2013, Named Plaintiffs Suggars, McGaughy, and Dickson, as well as every opt-in Plaintiff in this case, filed notice that Plaintiffs had accepted Defendants' Rule 68 offers of judgment. (Doc. Nos. 68 & 69).

Under Rule 68, once plaintiffs have accepted and filed the offers of judgment, "[t]he clerk must then enter judgment." *See also* Local Rule 68.01(d)(4) ("Where the offer of judgment is accepted, the Clerk is required to enter judgment under Rule 68 that is deemed a Final Order of Judgment subject to appeal."). Under Federal Rule of Civil Procedure 54(d)(2)(B), Plaintiffs' counsels' time to petition the Court for statutory attorney's fees under 29 U.S.C. § 216(b) does not begin to run until after a judgment is entered.[1] Accordingly, in the interest of bringing this

---

[1] The offers of judgment specifically offer plaintiffs, in addition to the individualized dollar amounts stated, "an award of reasonable attorney's fees, litigation expenses, and costs of suit as allowed by law and in an amount to be determined by the Court upon appropriate submissions by counsel." (Doc. Nos. 68-1 at 2; 68-2 at 2; 68-3 at 2; 68-4 at 2; 68-5 at 2; 68-6 at 2; 69-1 at 2; 69-2 at 2; 69-3 at 2; 69-4 at 2; 69-5 at 2; 69-6 at 2; 69-7 at 2; 69-8 at 2; 69-9 at 2).

1

case to a close, Plaintiffs request that the Court enter an order directing the Clerk of the Court to enter Final Judgment in this case.

Date:   October 18, 2013                            Respectfully submitted,


/s/ David W. Garrison
**JERRY E. MARTIN (BPR # 20193)**
**DAVID W. GARRISON (BPR # 24968)**
**SCOTT P. TIFT (BPR # 27592)**
**SETH M. HYATT (BPR # 31171)**
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

**PETER WINEBRAKE***
**R. ANDREW SANTILLO***
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone:  (215) 884-2491
Facsimile: (215) 884-2492
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com
* Admitted *pro hac vice*

**J. CHRIS SANDERS***
Attorney At Law
7982 New LaGrange Road, Suite 5
Louisville, KY 40220
(502) 558-6337
(502) 339-4474 (cell)
jchrissanders@yahoo.com
* Admitted *pro hac vice*

**DAVID O'BRIEN SUETHOLZ***
KIRCHER, SUETHOLZ AND GRAYSON, PSC

2

515 Park Avenue
Louisville, KY 40208
Telephone: (502) 636-4333
Facsimile: (502) 636-4342
dave@unionsidelawyers.com
* Admitted *pro hac vice*

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of October, 2013, a true and exact copy of the *Plaintiffs' Motion for Entry of Final Judgment*, has been served on the following via the Court's ECF filing system:

**M. Reid Estes, Jr.**
Dickinson Wright PLLC
424 Church Street, Suite 1401
Nashville, Tennessee 37219
restes@dickinsonwright.com

**Robert Earl Boston**
**K. Coe Heard**
Waller Lansden Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
bboston@wallerlaw.com
coe.heard@wallerlaw.com

**Joseph A. Nuccio**
**Richard G. Rosenblatt**
Morgan, Lewis & Bockius, LLP
502 Carnegie Center
Princeton, NJ 08540
jnuccio@morganlewis.com
rrosenblatt@morganlewis.com

**Rebecca Eisen**
**Theresa Mak**
Morgan, Lewis & Bockius, LLP
One Market
Spear Street Tower
San Francisco, CA 94105-1596
reisen@morganlewis.com
tmak@morganlewis.com

/s/ David W. Garrison
DAVID W. GARRISON
BARRETT JOHNSTON, LLC