IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DOLLIE SUGGARS, KENYA MCCAUGHY and SARAH DICKSON, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:13-0906 Judge Trauger |
| v. | ) ) | |
| AMAZON.COM, INC., AMAZON.COM.DEDC, LLC, and SMX, LLC, | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

The Plaintiffs' Motion For Entry of Final Judgment (Docket No. 81) is **GRANTED**. It is hereby **ORDERED** that the Clerk shall enter judgment in this case pursuant to the accepted offers of judgment.

It is so **ORDERED**.

ENTER this 21st day of October 2013.

_____
ALETA A. TRAUGER
U.S. District Judge