UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DOLLIE SUGGARS, KENYA MCGAUGHY, and SARAH DICKSON on behalf of THEMSELVES and All Others Similarly Situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| AMAZON.COM, INC., AMAZON.COM. DEDC, LLC, and SMX, LLC. | ) ) ) |
| Defendants. | ) ) ) ) |

COLLECTIVE ACTION

CASE NO. 3:13-cv-906

JUDGE TRAUGER
MAGISTRATE JUDGE BRYANT

## JOINT MOTION FOR ENTRY OF PROPOSED AGREED ORDER RESOLVING PLAINTIFFS' CLAIM FOR FEES AND EXPENSES

The parties jointly move this Court to enter the attached Proposed Agreed Order, resolving Plaintiffs' claim for payment of their fees and expenses by Defendants for $31,000.00.

Date: November 7, 2013

Respectfully Submitted,

/s/ David W. Garrison
**JERRY E. MARTIN (BPR # 20193)**
**DAVID W. GARRISON (BPR # 24968)**
**SCOTT P. TIFT (BPR # 27592)**
**SETH M. HYATT (BPR # 31171)**
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

**PETER WINEBRAKE\***
**R. ANDREW SANTILLO\***
**MARK J. GOTTESFELD\***
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone: (215) 884-2491
Facsimile: (215) 884-2492
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com
mgottesfeld@winebrakelaw.com
\* Admitted *Pro Hac Vice*

**J. CHRIS SANDERS\***
Attorney At Law
7982 New LaGrange Road, Suite 5
Louisville, KY 40220
(502) 558-6337
(502) 339-4474 (cell)
jchrissanders@yahoo.com
\* Admitted *Pro Hac Vice*

**DAVID O'BRIEN SUETHOLZ\***
KIRCHER, SUETHOLZ AND GRAYSON, PSC
515 Park Avenue
Louisville, KY 40208
Telephone: (502) 636-4333
Facsimile: (502) 636-4342
dave@unionsidelawyers.com
\* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

/s/ Richard G. Rosenblatt (with permission)
**RICHARD G. ROSENBLATT**
**JOSEPH A. NUCCIO**
MORGAN, LEWIS & BOCKIUS, LLP
502 Carnegie Center
Princeton, NJ 08540
Telephone: (609) 919-6600
Fax: (609) 919-6701
rrosenblatt@morganlewis.com
jnuccio@morganlewis.com

**REBECCA EISEN**
**THERESA MAK**
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Fax: (415) 442-1001
reisen@morganlewis.com
tmak@morganlewis.com

**MORRIS REID ESTES, JR.**
DICKINSON WRIGHT PLLC
Fifth Third Center
424 Church Street
Suite 1401
Nashville, TN 37219-2392
Telephone: (615) 244-6538
restes@dickinsonwright.com

*Attorneys for Defendants Amazon.com, Inc. and Amazon.com.DEDC, LLC*

/s/ Robert Earl Boston (with permission)
**ROBERT EARL BOSTON**
**K. COE HEARD**
WALLER, LANSDEN, DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street
Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Fax: (615) 244-2804
bboston@wallerlaw.com
coe.heard@wallerlaw.com

*Attorneys for Defendant SMX, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 7th day of November, 2013, a copy of this *Joint Motion for Entry of Proposed Agreed Order* was filed electronically with the Clerk's office by using the CM/ECF system and served electronically upon the parties as indicated below through the Court's ECF system:

Richard G. Rosenblatt
Joseph A. Nuccio
MORGAN, LEWIS & BOCKIUS, LLP
502 Carnegie Center
Princeton, NJ 08540
rrosenblatt@morganlewis.com
jnuccio@morganlewis.com

Rebecca Eisen
Theresa Mak
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
reisen@morganlewis.com
tmak@morganlewis.com

Morris Reid Estes, Jr.
DICKINSON WRIGHT PLLC
Fifth Third Center
424 Church Street, Suite 1401
Nashville, TN 37219-2392
restes@dickinsonwright.com

Robert Earl Boston
K. Coe Heard
WALLER, LANSDEN, DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
bboston@wallerlaw.com
coe.heard@wallerlaw.com

            /s/ David W. Garrison
            **DAVID W. GARRISON**
            **BARRETT JOHNSTON, LLC**