UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DOLLIE SUGGARS, KENYA MCGAUGHY, and SARAH DICKSON on behalf of THEMSELVES and All Others Similarly Situated, | |
| *Plaintiffs,* | COLLECTIVE ACTION |
| v. | CASE NO. 3:13-cv-906 |
| AMAZON.COM, INC., AMAZON.COM. DEDC, LLC, and SMX, LLC. | JUDGE TRAUGER<br>MAGISTRATE JUDGE BRYANT |
| *Defendants*. | |

## [PROPOSED] AGREED ORDER

WHEREAS, on October 9, 2013, Plaintiffs accepted Rule 68 Offers of Judgment that were exclusive of Plaintiffs' Counsel's right to petition the Court for recoverable attorney's fees and expenses, see Docs. 68-69; and

WHEREAS, on October 21, 2013, the Court entered judgment in Plaintiffs' favor, see Doc. 83; and

WHEREAS, since entry of the judgment, Plaintiffs' Counsel and Defendants' Counsel have worked cooperatively and successfully in an effort to amicably resolve the amount of attorney's fees and expenses owed to Plaintiffs' Counsel;

NOW, THEREFORE, IT IS HEREBY AGREED BY AND BETWEEN ALL PARTIES that: (i) Plaintiffs' Counsel are awarded attorney's fees and expenses in the total combined amount of $31,000.00 for all attorney work and expenses attributable to this action; (ii) Plaintiffs' Counsel will not petition the Court for any additional attorney's fees or expenses

associated with this action; and (iii) this action is now CLOSED, except that the Court shall retain jurisdiction for the sole purpose of enforcing this Order as well as the October 21, 2013 Judgment.

                                                _____
                                                ALETA A. TRAUGER
                                                UNITED STATES DISTRICT JUDGE

Submitted for Entry: November 7, 2013

/s/ David W. Garrison
**JERRY E. MARTIN (BPR # 20193)**
**DAVID W. GARRISON (BPR # 24968)**
**SCOTT P. TIFT (BPR # 27592)**
**SETH M. HYATT (BPR # 31171)**
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

**PETER WINEBRAKE***
**R. ANDREW SANTILLO***
**MARK J. GOTTESFELD***
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone: (215) 884-2491
Facsimile: (215) 884-2492
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com
mgottesfeld@winebrakelaw.com
* Admitted *Pro Hac Vice*

**J. CHRIS SANDERS***
Attorney At Law
7982 New LaGrange Road, Suite 5
Louisville, KY 40220
(502) 558-6337
(502) 339-4474 (cell)

jchrissanders@yahoo.com
* Admitted *Pro Hac Vice*

**DAVID O'BRIEN SUETHOLZ***
KIRCHER, SUETHOLZ AND GRAYSON, PSC
515 Park Avenue
Louisville, KY 40208
Telephone: (502) 636-4333
Facsimile: (502) 636-4342
dave@unionsidelawyers.com
* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

/s/ Richard G. Rosenblatt (with permission)
**RICHARD G. ROSENBLATT**
**JOSEPH A. NUCCIO**
MORGAN, LEWIS & BOCKIUS, LLP
502 Carnegie Center
Princeton, NJ 08540
Telephone: (609) 919-6600
Fax: (609) 919-6701
rrosenblatt@morganlewis.com
jnuccio@morganlewis.com

**REBECCA EISEN**
**THERESA MAK**
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Fax: (415) 442-1001
reisen@morganlewis.com
tmak@morganlewis.com

**MORRIS REID ESTES, JR.**
DICKINSON WRIGHT PLLC
Fifth Third Center
424 Church Street
Suite 1401
Nashville, TN 37219-2392
Telephone: (615) 244-6538
restes@dickinsonwright.com

*Attorneys for Defendants Amazon.com, Inc. and Amazon.com.DEDC, LLC*

/s/ Robert Earl Boston (with permission)
**ROBERT EARL BOSTON**
**K. COE HEARD**
WALLER, LANSDEN, DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street
Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Fax: (615) 244-2804
bboston@wallerlaw.com
coe.heard@wallerlaw.com

*Attorneys for Defendant SMX, LLC*