Motion GRANTED.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DOLLIE SUGGARS, KENYA MCGAUGHY, and SARAH DICKSON on behalf of THEMSELVES and All Others Similarly Situated, | )<br>)<br>)<br>) |
| *Plaintiffs,* | ) COLLECTIVE ACTION<br>)<br>) CASE NO. 3:13-cv-906 |
| v. | )<br>) JUDGE TRAUGER |
| AMAZON.COM, INC., AMAZON.COM. DEDC, LLC, and SMX, LLC. | ) MAGISTRATE JUDGE BRYANT<br>) |
| *Defendants.* | )<br>) |

## JOINT MOTION FOR ENTRY OF PROPOSED AGREED ORDER RESOLVING PLAINTIFFS' CLAIM FOR FEES AND EXPENSES

The parties jointly move this Court to enter the attached Proposed Agreed Order, resolving Plaintiffs' claim for payment of their fees and expenses by Defendants for $31,000.00.

Date: November 7, 2013

Respectfully Submitted,

/s/ David W. Garrison
**JERRY E. MARTIN (BPR # 20193)**
**DAVID W. GARRISON (BPR # 24968)**
**SCOTT P. TIFT (BPR # 27592)**
**SETH M. HYATT (BPR # 31171)**
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com
Telephone: (615) 244-2202
Facsimile: (615) 252-3798